IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SUPPRESSED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 15-30167-NJR |
| vs. | ) |
| DEANNA R. TURNBEAUGH, a/k/a "DEANNA HUNTLEY" "DEANNA TURNBEAUCH" | ) Title 21, United States Code ) Section 843(a)(3) and (d)(1) |
| Defendant. | ) |

**FILED**
NOV 18 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### OBTAINING A CONTROLLED SUBSTANCE BY FRAUD OR DECEIT

On each of the dates listed below, in St. Clair County, within the Southern District of Illinois,

**DEANNA R. TURNBEAUGH,**

defendant herein, did knowingly and intentionally acquire and obtain possession of a controlled substance, to wit: Hydrocodone, a Schedule II controlled substance, from each of the pharmacies listed below, by forgery, fraud, deception and subterfuge, in that she presented a forged prescription for Hydrocodone to:

1. Hook-Superx Pharmacy in Belleville, Illinois on June 24, 2014;
2. Hideg-Health Pharmacy in Belleville, Illinois on July 11, 2014;
3. Hideg-Health Pharmacy in Belleville, Illinois on July 17, 2014;
4. Hook-Superx Pharmacy in Belleville, Illinois on July 20, 2014;
5. Hideg-Health Pharmacy in Belleville, Illinois on July 24, 2014;
6. Hook-Superx Pharmacy in Belleville, Illinois on July 28, 2014;
7. Hook-Superx Pharmacy in Belleville, Illinois on August 3, 2014;

    8. Walgreens Pharmacy in Belleville, Illinois on August 7, 2014;

    9. Hook-Superx Pharmacy in Belleville, Illinois on August 20, 2014;

    10. Walgreens Pharmacy in Belleville, Illinois on August 22, 2014;

    11. Hook-Superx Pharmacy in Belleville, Illinois on September 11, 2014;

    12. Hook-Superx Pharmacy in Belleville, Illinois on October 3, 2014; and

    13. Freeburg Pharmacy in Freeburg, Illinois on October 15, 2015.

all in violation of Title 21, United States Code, Sections 843(a)(3) and (d)(1).

## COUNT 2
## OBTAINING A CONTROLLED SUBSTANCE BY FRAUD OR DECEIT

On each of the dates listed below, in St. Clair County, within the Southern District of Illinois,

**DEANNA R. TURNBEAUGH,**

defendant herein, did knowingly and intentionally acquire and obtain possession of a controlled substance, to wit: Oxycodone, a Schedule II controlled substance, from each of the pharmacies listed below, by forgery, fraud, deception and subterfuge, in that she presented a forged prescription for Oxycodone to:

    1. Hideg-Health Pharmacy in Belleville, Illinois on July 1, 2014;

    2. Hideg-Health Pharmacy in Belleville, Illinois on July 25, 2014;

    3. Freeburg Pharmacy in Freeburg, Illinois on September 28, 2015;

    4. Freeburg Pharmacy in Freeburg, Illinois on October 7, 2015;

    5. Freeburg Pharmacy in Freeburg, Illinois on October 20, 2015; and

    6. Freeburg Pharmacy in Freeburg, Illinois on November 4, 2015;

all in violation of Title 21, United States Code, Sections 843(a)(3) and (d)(1).

## COUNT 3
## OBTAINING A CONTROLLED SUBSTANCE BY FRAUD OR DECEIT

On July 14, 2014, in St. Clair County, within the Southern District of

Illinois,

DEANNA R. TURNBEAUGH,

defendant herein, did knowingly and intentionally acquire and obtain possession of a controlled substance, to wit: Morphine, a Schedule II controlled substance, from Hideg-Health Pharmacy in Belleville, Illinois, by forgery, fraud, deception and subterfuge, in that she presented a forged prescription for Morphine to Hideg-Health Pharmacy, all in violation of Title 21, United States Code, Sections 843(a)(3) and (d)(1).

### COUNT 4
### OBTAINING A CONTROLLED SUBSTANCE BY FRAUD OR DECEIT

On August 25, 2014, in Randolph County, within the Southern District of Illinois,

DEANNA R. TURNBEAUGH,

defendant herein, did knowingly and intentionally acquire and obtain possession of a controlled substance, to wit: Hydrocodone, a Schedule II controlled substance, from Deterding Drugs in Red Bud, Illinois, by forgery, fraud, deception and subterfuge, in that she presented a forged prescription for Hydrocodone to Deterding Drugs, all in violation of Title 21, United States Code, Sections 843(a)(3) and (d)(1).

**A TRUE BILL**

ROBERT L. GARRISON
Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: $5000 unsecured.